# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| The United States of America | ) | Criminal No. 4:11-cr-00848-TLW |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Nathan Daniel Branham, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Jimmie Darion Stanley ("Defendant") pleaded guilty Count Six of the indictment, Felon in Possession of a Firearm, on March 27, 2012. (Docs. #1, 79). At sentencing, the District Court sentenced Defendant to 190 months imprisonment. (Doc. #130). Thereafter, Defendant filed an appeal with the Fourth Circuit Court of Appeals on October 5, 2012. (Doc. #133). The Fourth Circuit filed a Mandate and Judgment on January 14, 2014, vacating the Defendant's sentence and remanding the case for resentencing. (Doc. #143).

Accordingly, within thirty (30) days of entry of this Order, the Government is directed to file a brief addressing the issues on remand. Defendant is directed to file any response to the Government's brief within thirty (30) days from date of the Government's brief is filed. The United States Probation Office is directed to begin preparing a revised presentence report after the Defendant has filed his brief or thirty (30) days after the Government's brief is filed, if the Defendant has not yet filed a brief. The Court hereby directs the United States Magistrate Judge to appoint counsel for re-sentencing.

**IT IS SO ORDERED.**

                                                s/Terry L. Wooten
                                                TERRY L. WOOTEN
                                                CHIEF UNITED STATES DISTRICT JUDGE

February 21, 2014
Columbia, S.C.